# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA NORTHERN DIVISION

| | |
|---|---|
| **TERESA FLOYD,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**FINANCIAL RECOVERY** )<br>**SERVICES OF MINNESOTA, INC.,** )<br>)<br>**Defendant.** ) | **CIVIL ACTION NO.**<br>**2:09-cv-00871-MEF-TFM** |

## JOINT STIPULATION OF DISMISSAL

**COME NOW** Plaintiff Teresa Floyd ("Plaintiff") and Defendant Financial Recovery Services of Minnesota, Inc. ("FRS"), pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and hereby stipulate to the dismissal, with prejudice, of each claim and count therein asserted by Plaintiff against FRS in the above-styled action, with Plaintiff and FRS to bear their own fees, costs and expenses.

Respectfully submitted,

/s/ Alan D. Leeth
Alan D. Leeth (LEE038)
R. Frank Springfield (SPR024)
Zachary D. Miller (MIL135)

Attorneys for Defendant
FINANCIAL RECOVERY SERVICES, INC.

**OF COUNSEL:**
BURR & FORMAN LLP
420 North 20th Street, Suite 3400
Birmingham, Alabama  35203
Telephone: (205) 251-3000
Facsimile: (205) 458-5100
aleeth@burr.com
fspringf@burr.com
zmiller@burr.com

/s/ David G. Poston
David G. Poston
Michael D. Brock
Gary W. Stout
Gerald A. Templeton

Attorneys for Plaintiff
TERESA FLOYD

**OF COUNSEL:**
BROCK & STOUT
Post Office Drawer 311167
Enterprise, AL 36331
(334) 393-4357
Fax:  (334) 393-0026

TEMPLETON GROUP, P.C.
2 Metroplex Drive
Suite 107
Homewood, AL  35209
(205) 458-1222
Fax:  (205) 879-6960

1812884 v1

2